RECEIVED
IN LAKE CHARLES, LA

NOV - 1 2005
(am)
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WILLIE L. MCQUEEN | : | DOCKET NO. 2:05-cv-1477 |
| VS. | : | JUDGE MINALDI |
| J. P. YOUNG, WARDEN | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the Motion for Preliminary Injunction be DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _31_ day of _October_, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE