RECEIVED
IN LAKE CHARLES, LA
NOV - 1 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WILLIE L. MCQUEEN | : | DOCKET NO. 2:05-cv-1477 |
| VS. | : | JUDGE MINALDI |
| J. P. YOUNG, WARDEN | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the petition be DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31 day of Oct, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE